IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00080-RPM-MJW

ROGER MATTINGLY,

    Plaintiff(s),

v.

CREDIT MANAGEMENT, LP d/b/a CMI, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant(s).

---

## ORDER OF DISMISSAL

---

    Pursuant to the Stipulation of Dismissal with Prejudice, filed on September 28, 2005, it is

    ORDERED the complaint and action are dismissed with prejudice, without costs to any party.

    Dated: September 29, 2005.

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge